# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

GFI MANAGEMENT SERVICES INC. et al.,

                       Plaintiffs,                      24 **CIVIL** 9317 (LGS)

      -against-                              **JUDGMENT**

KELLY LOEFFLER et al.,

                     Defendants.

--------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 30, 2026, Plaintiffs' motion for summary judgment is DENIED, and Defendants' motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2026

                                  **TAMMI M. HELLWIG**

                                    **Clerk of Court**

**BY:**

                                    **Deputy Clerk**